UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

04-22116-CIV-UNGARO-BENAGES

UNITED STATES OF AMERICA

       Plaintiff,

vs.

TWENTY FOUR HUNDRED (2400)
POUNDS OF FISH FILLETS
PURPORTING TO BE
"GOLDEN SEA BASS",

       Defendants.
_____/

### UNITED STATES' MOTION TO APPOINT NATIONAL MARINE FISHERIES SERVICE AS SUBSTITUTE CUSTODIAN

Plaintiff, United States of America, hereby petitions this Court, pursuant to Local Admiralty Rule E(10)(c), to appoint the National Marine Fisheries Service to act in lieu of the U.S. Marshals Service in this case for the purpose of maintaining custody and control of the defendants twenty four hundred (2400) pounds of fish fillets purporting to be "golden sea bass" pending further orders of the Court.

1.   Plaintiff has filed in this matter a complaint for forfeiture <u>in rem</u>, and has requested the issuance of a warrant of arrest <u>in rem</u> against the defendants twenty four hundred (2400) pounds of fish fillets purporting to be "golden sea bass" directing

the U.S. Marshal to take custody of the defendants twenty four hundred (2400) pounds of fish fillets purporting to be "golden sea bass" pending further order of this Court.

2. Subsequent to the issuance of the warrant of arrest, the U.S. Marshal will take steps to immediately seize the defendants twenty four hundred (2400) pounds of fish fillets purporting to be "golden sea bass".

3. The twenty four hundred (2400) pounds of fish fillets purporting to be "golden sea bass" are frozen and are being preserved at a storage facility by the National Marine Fisheries Service, Department of Commerce.

4. In order to continue to preserve the defendants twenty four hundred (2400) pounds of fish fillets purporting to be "golden sea bass" for purposes of the above-styled action, it is essential that they remain frozen and the conditions of storage be properly maintained.

5. The National Marine Fisheries Service has agreed to be the substitute custodian for the frozen defendants fish fillets pending further order of the Court.

For the foregoing reasons, the United States would request that this Honorable Court enter an order appointing the National Marine Fisheries Service substitute custodian for the frozen defendants fish fillets.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

BY: *Antonia J. Barnes*
ANTONIA J. BARNES
Assistant U.S. Attorney
500 S. Australian Avenue
Ste. 400
West Palm Beach FL 33401-6235
Tel: (561) 820-8711
Fax. (561) 655-9785
Fla. Bar No. 261777