UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 04-22116 UUB

UNITED STATES OF AMERICA

   Plaintiff,

vs.

TWENTY FOUR HUNDRED (2400)
POUNDS OF FISH FILLETS
PURPORTING TO BE
"GOLDEN SEA BASS",

   Defendants
_____/

**WARRANT OF ARREST <u>IN REM</u>**

**TO THE UNITED STATES MARSHAL FOR THE SOUTHERN DISTRICT OF FLORIDA OR ANY OTHER AUTHORIZED FEDERAL LAW ENFORCEMENT OFFICER**

On August 20, 2004, the United States of America filed a Verified Complaint for Forfeiture <u>In Rem</u> against the defendants twenty four hundred (2400) pounds of fish fillets purporting to be "golden sea bass" in the Southern Division of this Court.

In accordance with Supplemental Rule (C) for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure and Local Admiralty Rule C, you are directed to arrest the defendant property and detain the same in your custody pending further order of the Court. If the character or situation of the property is such that the taking of actual possession is impracticable, you

1



shall execute this process by affixing a copy thereof to the property in a consicuous place and by leaving a copy of the complaint and process with the person having possession or his agent in accordance with Supplemental Rule E(4)(b), for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

**YOU ARE FURTHER** directed to notify the owner and/or possessor of the defendant property and any other person as required by law or Rule, of the execution of this arrest warrant and the Verified Complaint for Forfeiture In Rem.

Any person claiming an interest in the defendant property must file a verified claim asserting that interest in the manner set forth in Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, not later than thirty (30) days following service of the complaint, or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the complaint.  18 U.S.C. §983(a)(4)(A).  In addition, any person having filed such a claim shall file an answer to the complaint not later than twenty (20) days after the filing of the claim.  18 U.S.C. §983(a)(4)(B).

Supplemental Rule C(6)(a) provides in pertinent part: "[A] person who asserts an interest in or right against the property that is the subject of the action must file a verified statement identifying the interest or right...  [A]n agent, bailee, or

2

attorney, must state the authority to file a statement of interest in or right against the property on behalf of another."

Upon failure of the owner, possessor or any party claiming an interest in the defendants to file a claim and answer, the defendants may then be forfeited to the United States by default and without further notice or hearing.

Claims should be filed with the Office of the Clerk, United States District Court for the Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128. A copy of the claim and answer should be sent to the United States Attorney, 500 S. Australian Avenue, Suite 400, West Palm Beach, Florida 33401-6235, **Attention: Antonia J. Barnes**, Assistant United States Attorney.

**AND YOU ARE FURTHER** directed to make due and prompt return of this Warrant In Rem to this Court upon its execution.

**ORDERED** at _Miami_, Florida, this _24_ day of _Aug._, 2004

CLARENCE MADDOX, CLERK
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
By: _____
      DEPUTY CLERK

Antonia J. Barnes
Assistant U.S. Attorney
Florida Bar No. 261777
U.S. Attorneys Office
500 S. Australian Avenue
Ste. 400
West Palm Beach, FL 33401-6235
Tel: (561) 820-8711
Fax: (561) 655-9785

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 8/25/04

ORDER warrant to issue for delivery to U.S. Marshall not later than Noon of next business day following issuance.

☐ Not to be executed on legal holiday weekend or after Noon of date preceding same.

☒ May be executed anytime of day.

3