UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 04-22116-CIV-UNGARO-BENAGES

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| TWENTY FOUR HUNDRED (2400) ) | NOTICE OF UNAVAILABILITY |
| POUNDS OF FISH FILLETS ) | |
| PURPORTING TO BE "GOLDEN ) | |
| SEA BASS," ) | |
| ) | |
| Defendants. ) | |
| / | |

Please take notice that the undersigned counsel will be unavailable from July 10, 2006 through and including July 24, 2006 due to a scheduled vacation.

As a result, the undersigned respectfully requests that any hearing, deposition or any other matters not be scheduled on these dates.

Respectfully submitted,

WHITE & CASE LLP

T. NEAL MCALILEY
Florida Bar No. 273091
White & Case LLP
200 South Biscayne Blvd.
Miami, Florida 33131-2352
(305) 371-2700 (telephone)
(305) 358-5744 (facsimile)
Attorneys for Claimant Carlos Seafood, Inc.

MIAMI 659082 v1 (2K)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June, 2006, a copy of the foregoing was sent via U.S. Mail to Antonia J. Barnes, Esq., Assistant U.S. Attorney, 500 S. Australian Avenue, Suite 400, West Palm Beach, Florida, 33401-6235.

T. Neal McAliley

MIAMI 659082 v1 (2K)