UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 04-22116-CIV-UNGARO-BENAGES/BROWN

UNITED STATES OF AMERICA

       Plaintiff,

vs.

TWENTY FOUR HUNDRED (2400)
POUNDS OF FISH FILLETS
PURPORTING TO BE
"GOLDEN SEA BASS",

       Defendants.

_____/

## STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff, United States of America, by and through the undersigned Assistant United States Attorney, and claimant Carlos Seafood, Inc., by and through its undersigned counsel, hereby enter into this stipulation, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.Pro., that the above-styled action shall be dismissed.

1.    On August 20, 2004, the United States filed a verified complaint for forfeiture in rem as to twenty four hundred (2400) pounds of fish fillets purporting to be "golden sea bass".

2.    The National Marine Fisheries Service arrested the defendant on October 7, 2004.

3.    Public Notice of Action and Arrest was published in the

Miami Daily Business Review on October 22, 2004.

    4.    Claimant Carlos Seafood, Inc., filed a verified statement of interest on or about November 3, 2004.

    5.    Carlos Berdeal represents that he is the President of Carlos Seafood, Inc., is an authorized representative of Carlos Seafood, Inc., and has authority to bind Carlos Seafood, Inc., as a party to this agreement.

    6.    The parties to this agreement further stipulate that each party shall bear its own costs, attorney's fees and expenses.

    7.    Plaintiff, United States of America, and claimant Carlos Seafood, Inc. hereby stipulate, pursuant to Rule 41(a)(1)(ii), Fed.R.Civ.Pro., that the above-styled action shall be dismissed.

Respectfully submitted,

JEFFREY H. SLOMAN
ACTING UNITED STATES ATTORNEY

BY:    _____
ANTONIA J. BARNES (FL Bar # 261777)
Assistant U.S. Attorney
Antonia.Barnes@usdoj.gov
United States Attorney's Office
500 S. Australian Avenue
Ste. 400
West Palm Beach, Fl. 33401-6235
Telephone: (561) 820-8711
Facsimile: (561) 655-9785
Attorney for United States
DATE: 6/19/09

BY:

T. NEAL MCALILEY (FL Bar # 273091)
Nmcaliley@whitecase.com
White & Case LLP
200     South     Biscayne     Blvd.
Miami, Fl. 33131-2352
Telephone: (305) 371-2700
Facsimile: (305) 358-5744
Attorney for Carlos Seafood, Inc.

DATE: June 17, 2009

CARLOS BERDEAL, in his corporate
capacity as President
of Carlos Seafood, Inc.